AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

Stroud

                                  JUDGMENT IN A CIVIL CASE

v.

Harrell

                                  CASE NUMBER: CV-07-20-JLQ

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED    This action is DISMISSED Without Prejudice.

02/21/07                                       JAMES R. LARSEN
*Date*                                             *Clerk*
                                                 s/ Vikki Johnson
                                                 *(By) Deputy Clerk*
                                                 Vikki Johnson